### 17861. MARYLAND CASUALTY COMPANY *et al.* v. MILLER.

LUKE, J. The industrial commission found that the death of the injured party was occasioned by injuries arising out of and in the course of his employment. There was some evidence to sustain this finding, and, under the law as laid down in *United States Fidelity &c. Co.* v. *Christian,* 35 *Ga. App.* 326 (3) (133 S. E. 639), this court is without authority to reverse the judgment of the superior court affirming the finding of the industrial commission.

  *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED APRIL 12, 1927.

Appeal; from Chatham superior court—Judge Meldrim. November 26, 1926.

*Bouhan & Atkinson,* for plaintiffs in error.

*Adams, Adams & Douglas,* contra.